## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1889　　　　　Assigned/Issued By: j. n.

Judge Name: hibbler　　　　　Designated Magistrate Judge: cole

---

**FEE INFORMATION**

*Amount Due:*　☑ $350.00　☐ $39.00　☐ $5.00
　　　　　　　☐ IFP　　☐ No Fee　☐ Other _____
　　　　　　　☐ $455.00

Number of Service Copies _____　　Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350　　　　　　　Receipt #: 2662095

Date Payment Rec'd: 4-2-08　　　Fiscal Clerk: j. n.

---

**ISSUANCES**

☑ Summons　　　　　　　　　　☐ Alias Summons
☐ Third Party Summons　　　　　☐ Lis Pendens
☐ Non Wage Garnishment Summons　☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　(Victim, Against and $ Amount)
☐ Citation to Discover Assets
　　　　　　　　　　　　　　　　☐ Other
☐ Writ _____
　　　(Type of Writ)　　　　　　　(Type of issuance)

1 Original and 0 copies on 4-2-08 as to defendant
　　　　　　　　　　　(Date)