## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# SUMMONS IN A CIVIL CASE

Diane Cacciabaudo,
Plaintiff,

Docket Number: ___08CV1889___

Assigned Judge: ___JUDGE HIBBLER___

v.

Designated
Magistrate Judge: ___MAGISTRATE JUDGE COLE___

Leading Edge Recovery Solutions, L.L.C.,
an Illinois limited liability company,
Defendant.

To: Leading Edge Recovery Solutions, L.L.C.
C/O James V. Garvey, as registered agent
222 N. LaSalle Street, #2600
Chicago, Illinois 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 20 days after service of
this summons upon you exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

Date

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**April 2, 2008**

Date

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 04-11-08 AT 3:06 P.M. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BETH OSBORNE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED DEFENDANT ARGENT HEALTHCARE FINANCIAL SERVICES,INC. C/O NATIONAL REGISTERED AGENTS,INC. AT 200 WEST ADAMS STREET,CHICAGO,IL 60608. SERVED AUTHORIZED AGENT AND RECEPTIONIST, COURTNEY HIGHTOWER.B,F,22,5'8",140,BLACK HAIR

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $ 55.00 | TOTAL $ 55.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/11/08
            Date                Signature of Server

LEGAL DOCUMENT
MANAGEMENT, INC.
Address of Server W. MONROE STREET, STE. 1020
CHICAGO, IL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.