# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Diane Cacciabaudo,
Plaintiff,

Docket Number: 08CV1889

Assigned Judge: JUDGE HIBBLER

v.

Designated Magistrate Judge: MAGISTRATE JUDGE COLE

Leading Edge Recovery Solutions, L.L.C.,
an Illinois limited liability company,
Defendant.

To: Leading Edge Recovery Solutions, L.L.C.
C/O James V. Garvey, as registered agent
222 N. LaSalle Street, #2600
Chicago, Illinois 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

Date

April 2, 2008
Date

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE: 04-16-08 AT 12:15 P.M.

NAME OF SERVER (PRINT): BARRY SAVAGE

TITLE: PROCESS SERVER

*Check one box below to indicate appropriate method of service-*

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other (specify): SERVED DEFENDANT LEADING EDGE RECOVERY SOLUTIONS, L.L.C. C/O JAMES V. GARVEY, AS REGISTERED AGENT BY SERVING AUTHORIZED AGENT TONYA L. CAPPS, ADMINISTRATIVE ASSISTANT AT 222 N. LASALLE ST., #2600, CHICAGO, IL F,W,5'6",140,BLONDE HAIR.

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $55 | $55 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 04-16-08
Date

Signature of Server

Address of Server

LEGAL DOCUMENT
MANAGEMENT, INC.
79 W. MONROE STREET, STE. 1020
CHICAGO, IL 60603